UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00137-MOC

| | | |
|---|---|---|
| **GARLOCK SEALING TECHNOLOGIES LLC,** et al., | ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **BENJAMIN P. SHEIN, et al.,** | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Sara W. Higgins' Motions for Pro Hac Vice admission of Daniel T. Brier (#3) and Donna A. Walsh (#4). Having considered Sara W. Higgins' motions and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Sara W. Higgins' Motions for Pro Hac Vice Admission of Daniel T. Brier (#3) and Donna A. Walsh (#4) are GRANTED, and such attorneys are admitted to practice pro hac vice Ms. Higgins in this particular case.

Signed: April 7, 2014

Max O. Cogburn Jr.
United States District Judge