UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00137-MOC

| | | |
|---|---|---|
| **GARLOCK SEALING TECHNOLOGIES LLC, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **BENJAMIN P. SHEIN, et al.,** | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on John B. Dempsey's Motion for Admission Pro Hac Vice. Having considered John B. Dempsey's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John B. Dempsey's Motion for Admission Pro Hac Vice (#8) is GRANTED, and Mr. Dempsey is allowed to appear in this case while associated with Sara W. Higgins.

Signed: April 25, 2014

Max O. Cogburn Jr.
United States District Judge