# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

Garlock Sealing Technologies LLC, et al.,

v.

Shein Law Center, Ltd., et al.,

Case No. 3:14-cv-137-GCM-DSC

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Richard Charles Beaulieu, Mitchell Kirks Morris, Karen Elizabeth Sieg, Samuel Lewis Tarry, Jr, and Davis Michael Walsh] " (documents ## 72-76) filed January 25, 2016. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: January 26, 2016

David S. Cayer
United States Magistrate Judge