IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Civil Action No. 3:14-CV-137-GCM-DSC

**GARLOCK SEALING TECHNOLOGIES LLC, et al.,**

        **Plaintiffs,**

v.

**SHEIN LAW CENTER, LTD., et al.,**

        **Defendants.**

## ORDER

**THIS MATTER** came before the Court on the parties' Joint Motion for Stay of All Proceedings Pending Approval and Consummation of Settlement in Connection with Consensual Plan. Based on the parties' consent and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Motion is granted and all proceedings in this case are stayed pending consideration of Garlock's consensual plan of reorganization by the Bankruptcy Court.

**SO ORDERED.**

Signed: March 28, 2016

Graham C. Mullen
United States District Judge